# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

- [ ] MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
- [x] MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation

**Civil Action Number (SDWV):** 2:13-cv-10319
(To be filed electronically in each member case noted)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: [x] Plaintiff Counsel  [ ] Defense Counsel  [ ] Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Barlow | Alex | | |

**Bar Number and State:** 24006798 - Texas
**E-Mail Address:** abarlow@heardrobins.com

**Party Representing:** Betty A. James et al.

**Originating Case Number:**
**Originating District:**
**Originating Short-Case Style:**

**Direct Dial Number:** (713) 650-1200
**Cell Phone Number:**
**Secretary Name:** Matt Halpin
**Paralegal Name:** Lauren Smith

## LAW FIRM INFORMATION

**Firm Name:** Heard Robins Cloud & Black, LLP
**Address:** 2000 West Loop South, Suite 2200
**City:** Houston  **State:** Texas  **Zip:** 77027
**Firm Phone Number:** (713) 650-1200
**Firm Fax Number:** (713) 650-1400

**Other members of firm involved in this litigation:**
Bill Robins III; John M. Black

05/07/2013 — Date

s/ Alex Barlow — Electronic Signature